UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 07-1778 (PJS/JJG)

THE TRUSTEES OF THE SHEET METAL #10
CONTROL BOARD TRUST FUND,

      Plaintiffs,

v.                                **ORDER**

AABBOTT FERRARO, INC.,

      Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the case be **DISMISSED** for lack of prosecution.

Dated: August 30, 2007

                                              s/Patrick J. Schiltz
                                              PATRICK J. SCHILTZ
                                              United States District Judge